UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21842

   ANTHONY L HOUSE SR
   BAIYINA N HOUSE                               CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
      Debtor
   SSN XXX-XX-6688    SSN XXX-XX-8924

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 11/20/2007 and was confirmed 01/31/2008.

   The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

   The case was dismissed after confirmation 07/17/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BENEFICIAL ILLINOIS INC | CURRENT MORTG | .00 | .00 | .00 |
| BENEFICIAL ILLINOIS INC | MORTGAGE ARRE | 5610.87 | .00 | 1075.42 |
| CITIFINANCIAL INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIFINANCIAL INC | MORTGAGE ARRE | 620.21 | .00 | 118.87 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 8521.00 | 280.82 | 337.89 |
| AMERICAN GENERAL FINANCE | UNSECURED | 178.72 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 3651.35 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2658.01 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 2249.00 | .00 | 225.67 |
| HSBC BANK USA NA | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| FINANCE DEPT OF COLUMBIA | UNSECURED | NOT FILED | .00 | .00 |
| AES/NCT | UNSECURED | .00 | .00 | .00 |
| AES/NCT | UNSECURED | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2285.07 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 208.02 | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL MTG | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK NEVADA NA | UNSECURED | 775.54 | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 3157.24 | .00 | .00 |
| HSBC BANK NEVADA NA | UNSECURED | 679.10 | .00 | .00 |
| HSBC BANK NEVADA NA | UNSECURED | 483.85 | .00 | .00 |
| HSBC BANK USA | UNSECURED | .00 | .00 | .00 |
| ILLINOIS DEPARTMENT OF U | UNSECURED | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 2693.62 | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| STUDENT LOAN GUARANTE | UNSECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | .00 | .00 | .00 |
| GREAT LAKES SPECIALITY F | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 21842 ANTHONY L HOUSE SR & BAIYINA N HOUSE

```
LVNV FUNDING                  UNSECURED      10463.17              .00              .00
IL STATE DISBURSEMENT UN NOTICE ONLY     NOT FILED             .00              .00
IL STATE DISBURSEMENT UN NOTICE ONLY     NOT FILED             .00              .00
HSBC BANK NEVADA NA           UNSECURED        156.67              .00              .00
INTERNAL REVENUE SERVICE PRIORITY         2386.62              .00              .00
INTERNAL REVENUE SERVICE UNSECURED          23.86              .00              .00
HSBC BANK NEVADA NA           UNSECURED        803.81              .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     3,334.00                          3,334.00
TOM VAUGHN                    TRUSTEE                                          465.77
DEBTOR REFUND                 REFUND                                             .00
```

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS        DISBURSEMENTS
-------------------------------------------------------------------------------

TRUSTEE                    5,838.44

PRIORITY                                          .00
SECURED                                      1,757.85
     INTEREST                                  280.82
UNSECURED                                         .00
ADMINISTRATIVE                               3,334.00
TRUSTEE COMPENSATION                           465.77
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                     5,838.44         5,838.44

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/29/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE